01/16/2008 16:40 410-946-5601 OFFICE OF ATTORN GEN PAGE 02/02

(1992)

J. JOSEPH CURRAN, JR.
ATTORNEY GENERAL

RALPH S. TYLER
DEPUTY ATTORNEY GENERAL



# THE ATTORNEY GENERAL
# OF MARYLAND

ROBERT A. ZARNOCH
ASSISTANT ATTORNEY GENERAL
COUNSEL TO THE GENERAL ASSEMBLY

RICHARD E. ISRAEL
KATHRYN M. ROWE
ASSISTANT ATTORNEYS GENERAL

OFFICE OF
COUNSEL TO THE GENERAL ASSEMBLY
104 LEGISLATIVE SERVICES BUILDING
90 STATE CIRCLE
ANNAPOLIS, MARYLAND 21401-1991
BALTIMORE & LOCAL CALLING AREA (410) 841-3889
WASHINGTON METROPOLITAN AREA (301) 858-3889
TTY FOR DEAF - ANNAPOLIS, (410) 841-3814 - D.C. METRO, (301) 858-3814

July 22, 1992

Ms. Pat Joyce
Governor's Appointments Office
State House
Annapolis, Maryland 21401

Dear Ms. Joyce:

You have asked for advice concerning the application of House Bill 56 (Chapter 434) of 1992 to a person who was appointed to a three-year term on the Physician Quality Assurance Board in 1988. It is my view that, if this person is appointed to a four-year term commencing in 1992, he may be reappointed to a subsequent term in 1996.

House Bill 56 amends the Health Occupations Article to make provisions governing the health occupations boards with respect to length of term and the number of terms that may be served consistent throughout the Article. Under the bill all board members serve four-year terms and a "member may not serve more than 2 consecutive full terms."

The State Board of Physician Quality Assurance was created by Chapter 109, Laws of Maryland 1988. HO§14-202(e)(1) provides that the "term of a member is 4 years, except that the intitial term of one of the consumer members is 3 years." In light of this language, it is my view that a "full term" is four years, and, where the person to be appointed was previously appointed only to a three-year term, he is qualified to serve two consecutive terms starting in 1992 and 1996.

Sincerely,

Kathryn M. Rowe
Assistant Attorney General

KMR:ss